ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
BENJAMIN R. BARRON (Cal. Bar No. 257094)
Assistant United States Attorney
OCDETF Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3542
     Facsimile: (213) 894-0142
     E-mail:    ben.barron@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 11-1075-SJO-12 |
|---|---|
| Plaintiff, | ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE AS TO DEFENDANT THEANNA KHOU |
| v. | |
| THEANNA KHOU, | |
| Defendant. | |

    Having considered the government's Motion to Dismiss Indictment Without Prejudice as to Defendant Theanna Khou, and for good cause shown, IT IS HEREBY ORDERED that the indictment in the above-captioned case be DISMISSED WITHOUT PREJUDICE as to defendant Theanna Khou only.

    IT IS SO ORDERED.

November 26, 2013

_____          _____
DATE                              HONORABLE S. JAMES OTERO
                                  UNITED STATES DISTRICT JUDGE


CC:  Probation Office