

FILED
CLERK, U.S. DISTRICT COURT
FEB 18 2014
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>         v.<br><br>KENNETH WAYNE JOHNSON, et al.,<br><br>              Defendants. | No. CR 11-CR-1075-SJO<br><br>~~PROPOSED~~ VERDICT FORM FOR<br>DEFENDANT ARTYOM YEGHIAZARYAN |

We, the Jury in the above-captioned case, present the following unanimous verdict.

(Cont.)

## COUNT ONE

We, the Jury, unanimously find the defendant ARTYOM YEGHIAZARYAN (check one):

_____    GUILTY or

  ✓     NOT GUILTY

of conspiring to commit heath care fraud as charged in Count One of the Indictment.

(Cont.)

## COUNT TWO

We, the Jury, unanimously find the defendant ARTYOM YEGHIAZARYAN (check one):

_____   GUILTY or

___✓___   NOT GUILTY

of conspiring to possess at least five identification documents with intent to use unlawfully as charged in Count Two of the Indictment.

(Cont.)

## COUNT FIVE

We, the Jury, unanimously find the defendant ARTYOM YEGHIAZARYAN (check one):

_____   GUILTY or

√   NOT GUILTY

of aggravated identity theft of Hoa Tran's means of identification as charged in Count Five of the Indictment.

(Cont.)

## COUNT SIX

We, the Jury, unanimously find the defendant ARTYOM YEGHIAZARYAN (check one):

_____  GUILTY or

✓  NOT GUILTY

of conspiring to misbrand prescription drugs as charged in Count Six of the Indictment.

Dated: 2/18/2014, in Los Angeles, California.

**REDACTED**
VERDICT FORM AS TO FOREPERSON SIGNATURE